**Order entered June 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00336-CV

## NET WORTH REALTY USA, LLC AND DALLAS METRO HOLDING, LLC., Appellants

## V.

## IRMGARD DENNEY, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03776**

## ORDER

Before the Court is appellants' June 7, 2018 unopposed second motion for an extension

of time to file a brief. We **GRANT** the motion and extend the time to **June 21, 2018**.

/s/    ADA BROWN
        JUSTICE